ANTHONY H. MASON
Chapter 7 Trustee
1850 N CENTRAL AVENUE SUITE 930
PHOENIX, ARIZONA 85004
(602) 808-7770

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| COWPERTHWAIT, ARTHUR W | ) | Case No. 2:07-bk-07149-GBN |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| | ) | PAYMENT OF UNCLAIMED FUNDS |
| Debtor. | ) | TO THE U.S. BANKRUPTCY COURT |
| | ) | |

ANTHONY H. MASON, Trustee, reports that the following check has been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 102 | 2/10/2010 | Arthur Cowperthwait<br>7422 W Robin Lane<br>Glendale, AZ 85310 | $0.13 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $0.13 to the Clerk of the Court to be deposited in the Registry thereof.

DATED this 12th day of July 2010.

/s/ Anthony H. Mason
ANTHONY H. MASON, TRUSTEE